UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Alphonso R. Hughes

(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 14-2910

Riviana Foods
Teamster Local 984

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff Alphonso R. Hughes
(name of plaintiff)
is a citizen of the United States and resides at 6344 Braybourne Main
(street address)
Olivebranch        United State        Mississippi
(city)              (country)           (state)
38654                              901-461-5251
(zip code)                         (telephone number)

Revised 4-18-08

3. Defendant **Riviana Foods and Teamsters Local 984**
(defendant's name)
lives at, or its business is located at (Riviana) 2314 Lauderdale St. Memphis TN 38106 (Teamster local 984) 3020 Sandbrook St Memphis TN 38116
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at
**2314 Lauderdale St**
**Memphis**        **United States**        **TN**        **38106**
(city)              (country)              (state)       (zip code)
(street address)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **9/11/12, 12/26/12, 1/13/14**
(day) (month) (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____
(day) (month) (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **9/11/12, 12/26/12, 1/13/14**
(day) (month) (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **29th August 2014**. (Attach a copy of the notice to this complaint.)
(day) (month) (year)

9. Because of plaintiff's (1) _X_ race, (2) _X_ color, (3) _X_ sex, (4) ___ religion, (5) ___ national origin, defendant

   (a) ___ failed to employ plaintiff.

   (b) ___ terminated plaintiff's employment.

   (c) _X_ failed to promote plaintiff.

   (d) **Equal Pay Act, Constructive discharge, retaliation, harassment, Disability discrimination, age discrimination**

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: **See attachment paperwork**

11. The acts set forth in paragraph 9 of this complaint

    (a) ____ are still being committed by defendant.

    (b) _X_ are no longer being committed by defendant.

    (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) ____ Defendant be directed to employ plaintiff, or

    (b) ____ Defendant be directed to re-employ plaintiff, or

    (c) ____ Defendant be directed to promote plaintiff, or;

    (d) _X_ Defendant be directed to **Pay Punitive and Compensatory damages of $1,800,000.00**

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (X) No ( )

_Alphonso R. Hughes_
SIGNATURE OF PLAINTIFF

Revised 4-18-08